■ ADAM DiLEO, Appellant, v STUART SPIVACK et al., Respondents.—In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Nassau County, entered June 12, 1974, in favor of defendants, upon a jury verdict. Judgment affirmed, with costs. The jury was properly charged with respect to the applicability of the Multiple Residence Law, and the verdict was in accord with the law and the facts. Martuscello, Acting P. J., Cohalan, Christ, Munder and Shapiro, JJ., concur.

■ MAXENE EVSEROFF, Respondent, v JACOB R. EVSEROFF, Appellant-Respondent. (Action No. 1.) GOLDEN, WIENSHIENK & MANDEL, Appellants. (And a Second Title.)—In jointly tried actions for divorce (1) the husband appeals, as limited by his notice of appeal and brief, from so much of an order and a judgment of the Supreme Court, Nassau County, both dated April 7, 1975, as awarded the wife an additional counsel fee of $6,000 and (2) the former attorneys for the wife appeal from the same portions of said order and judgment. Order and judgment affirmed, insofar as appealed from, without costs. The award of the additional counsel fee was not excessive. Rabin, Acting P. J., Martuscello, Latham, Margett and Munder, JJ., concur.

■ ANTHONY FANARA, Appellant, v LETITIA FANARA, Respondent.—In an action in which a judgment of the Supreme Court, Nassau County, was entered March 13, 1975 granting defendant a divorce, plaintiff appeals, as limited by his brief, from so much of the judgment as awarded defendant alimony of $175 a week as of February 4, 1974 and an additional counsel fee of $2,500. Judgment affirmed insofar as appealed from, with $50 costs and disbursements. The record on this appeal fully supports the alimony and counsel fee awards. Rabin, Acting P. J., Latham, Cohalan, Margett and Brennan, JJ., concur.